IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GARRETT PRYOR,<br><br>　　　　Plaintiff,<br>　v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No.: 2:24-cv-00320-AN<br><br><br>ORDER |

　　　　Pursuant to plaintiff's Unopposed Application for Fees Pursuant to EAJA, ECF [17], it is hereby ORDERED that attorney fees in the amount of $5,540.48 are awarded to plaintiff pursuant to the Equal Justice Act, 28 U.S.C. § 2412. The award will be paid to plaintiff's attorney, dependent upon verification that plaintiff has no debt which qualifies for offset against the award, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

　　　　If plaintiff has no such debt, then the award shall be made by check payable and mailed to plaintiff's attorney as follows: Chad Hatfield, 8131 W Klamath Court, Suite D, Kennewick, Washington 99336. If plaintiff has such debt, then the check for any remaining funds after offset shall be made out to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

　　　　DATED this 7th day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　*Adrienne Nelson*
　　　　　　　　　　　　　　　　　　　　　　　　Adrienne Nelson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge